UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

TRACY PINKNEY,                      )
                                    )
                    Petitioner,     )
                                    )
          v.                        )          No. 2:23-cv-00203-MPB-MKK
                                    )
KILLIS,                             )
                                    )
                    Respondent.     )

## **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The petition for writ of habeas corpus under

28 U.S.C. § 2241 is **dismissed for lack of jurisdiction as moot**.

Date:  September 27, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution:

TRACY PINKNEY
7030 Canyon Drive
Capital Heights, MD 20743

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov